IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TARUS CLYDE HILL,

            Plaintiff,

v.

RANDALL HEPP and
JODI PERTI, Warden Assistant,

            Defendants.

ORDER

10-cv-768-slc

---

      Plaintiff Tarus Clyde Hill, a prisoner at Green Bay Correctional Institution in Green Bay, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff submits a trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the financial statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

      Plaintiff's complaint was filed on December 3, 2010. His trust fund account statement should cover the six-month period beginning approximately June 1, 2010 and ending approximately December 1, 2010. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Tarus Hill may have until December 28, 2010, in which to submit a certified copy of his trust fund account statement for the period beginning approximately June 1, 2010 and ending approximately December 1, 2010. If, by December 28, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 9th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge